UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PAULA K. HASKIN,                         )
                                         )
                    Movant,              )
                                         )
        vs.                              )        Case No. 4:04CV1219 RWS
                                         )
UNITED STATES OF AMERICA,                )
                                         )
                    Respondent.          )

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the

motion of Paula K. Haskin to vacate, set aside or correct her sentence pursuant to 28

U.S.C. § 2255 is denied.

**IT IS FURTHER ORDERED** that as Haskin has not made a substantial

showing of a denial of a constitutional right this Court will not issue a certificate of

appealability.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 16th day of September, 2005.